IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 NO.:

CYNTHIA DENISE RANSOM                           10 – 00050 - EE

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for hearing on Oral Motion of the Trustee for a Final Order of Dismissal, and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, Trustee's Oral Motion is sustained.

THAT, pursuant to an Agreed Order entered on February 3, 2010 (DK #20) a copy being attached hereto, the Debtor was not to become more than 60 days delinquent in Chapter 13 Plan Payments.

THAT, Debtor has failed to abide by the terms of said Agreed Order.

THAT, this case is hereby dismissed.

FURTHER, pursuant to said order the Debtor is hereby prohibited from re-filing a Chapter 13 Petition in this Honorable Court or any other court for a period of 180 days from the date of entry of a final order herein.

THAT, this Court retains jurisdiction for the sole purpose of disbursing funds from lawsuits which have been brought or could have been brought by the Chapter 13 Trustee on behalf of this bankrupt estate.

SO ORDERED

_____
Edward Ellington
United States Bankruptcy Judge
Dated: May 17, 2011

SUBMITTED BY:

_____
TODD S. JOHNS – MSB #9587
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
TELEPHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CYNTHIA DENISE RANSOM       CHAPTER 13
                          DEBTOR                CASE #: 10-00050-ee

---

**ORDER APPROVING MOTION FOR CONTINUATION OF AUTOMATIC STAY**

---

THIS CAUSE came on for hearing on February 1, 2010 (DK # 13 ) on the debtor's Motion for Continuation of Automatic Stay having been filed in the above styled and numbered Chapter 13 Bankruptcy on the 20th day of January, 2010, and no written objection having been filed, it is therefore:

**ORDERED AND ADJUDGED** that the Motion for Continuation of Automatic Stay filed on the 20th day of January, 2010 in the above numbered and styled Chapter 13 Bankruptcy is sustained, hereby reinstating the automatic stay as to all creditors.

**IT IS FURTHER, ORDERED AND ADJUDGED** that should the debtor become more than sixty (60) days delinquent in plan payments, calculated from the first day of the first delinquent month, this case may be dismissed without further notice or hearing and the debtor shall be barred from filing another Chapter 13 for a period of one-hundred eighty days (180).

SO ORDERED

_/s/ Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: February 3, 2010

PREPARED BY:

_/s/ William W. Stover, Jr._
WILLIAM W. STOVER, JR. MSB # 8885
ATTORNEY FOR DEBTOR
THE LAW OFFICES OF WES STOVER
414 SOUTH STATE STREET, SUITE 105
JACKSON, MISSISSIPPI 39201

_Signature Affixed_
HAROLD J. BARKLEY, JR.
CHAPTER 13 TRUSTEE
PO BOX 4476
JACKSON, MISSISSIPPI 39296

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CYNTHIA DENISE RANSOM     CHAPTER 13
                DEBTOR                                          CASE #: 10-00050-ee

### ORDER APPROVING MOTION FOR CONTINUATION OF AUTOMATIC STAY

THIS CAUSE came on for hearing on February 1, 2010 (DK # 13 ) on the debtor's Motion for Continuation of Automatic Stay having been filed in the above styled and numbered Chapter 13 Bankruptcy on the 20th day of January, 2010, and no written objection having been filed, it is therefore:

**ORDERED AND ADJUDGED** that the Motion for Continuation of Automatic Stay filed on the 20th day of January, 2010 in the above numbered and styled Chapter 13 Bankruptcy is sustained, hereby reinstating the automatic stay as to all creditors.

**IT IS FURTHER, ORDERED AND ADJUDGED** that should the debtor become more than sixty (60) days delinquent in plan payments, calculated from the first day of the first delinquent month, this case may be dismissed without further notice or hearing and the debtor shall be barred from filing another Chapter 13 for a period of one-hundred eighty days (180).

SO ORDERED

PREPARED BY: _____      _____
WILLIAM W. STOVER, JR. MSB # 8885      HAROLD J. BARKLEY, JR.
ATTORNEY FOR DEBTOR                      CHAPTER 13 TRUSTEE
THE LAW OFFICES OF WES STOVER       PO BOX 4476
414 SOUTH STATE STREET, SUITE 105    JACKSON, MISSISSIPPI 39296
JACKSON, MISSISSIPPI 39201