Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 10–00050–ee
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   CYNTHIA DENISE RANSOM
   aka Cynthia D Ransom, aka C Ransom
   132 Glenstone Circle
   Jackson, MS 39212

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2278

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 17, 2011.

Dated: 5/18/11

> Danny L. Miller, Clerk
> 501 East Court Street, Suite 2.300
> P.O. Box 2448
> Jackson, MS 39225–2448
>
> 601–608–4600